UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE JOSH MOLINE BANKRUPTCY ESTATE. (Re: 145 Attingham Park,)<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OAKS MORTGAGE LLC, Foreign Limited Liability Company; HEATHER ZABORSKY, Individually; AMERICA'S SERVICING COMPANY, Foreign Company WELLS FARGO HOME EQUITY, Foreign Company | CASE NO. 2:10-CV-95<br><br>**Stipulation For Extension of Time To File Motions, Oppositions and/or Replies**<br>ORDER |

| | |
|---|---|
| 1 | MORTGAGEIT,INC, Foreign Corporation; ROE Rating Company; DOES 1- 100, inclusive; ROE ENTITIES 1-100; ROE CORPORATIONS 1 - 100, inclusive |
| 2 | |
| 3 | |
| 4 | Defendants |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, MICHAEL R. HALL, ESQ. and, STEVEN T. JAFFE, ESQ., of the law firm HALL JAFFE & CLAYTON, L.L.P., for Plaintiff, and, CYNTHIA L. ALEXANDER, ESQ., CLAIR Y. DOSSIER, ESQ., CASSIE R. STRATFORD, ESQ., of the law firm SNELL & WILMER, LLP, for Defendant Wells Fargo Bank, N.A., incorrectly named as "Wells Fargo Home Equity," dba America's Servicing Company, and successor by merger to Wells Fargo Home Mortgage ("Wells Fargo"), that the time in this matter be extended to file motion papers by two weeks. Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint, Or In The Alternative, For Summary Judgment (hereinafter "Motion to Dismiss") on January 29, 2010. The current date to file Plaintiff's Opposition To Defendant Wells Fargo's Motion To Dismiss is February 22, 2010, and Defendant's Reply to Plaintiff's Opposition To Defendant Wells Fargo's Motion To Dismiss is March 9, 2010. Plaintiff filed his Motion to Remand on January 28, 2010, and Defendant filed its Opposition to Motion to Remand on February 5, 2010. The current date to file Plaintiff's Reply in Support of Plaintiff's Motion To Remand is February 16, 2010.

This is the parties first stipulation to extend time to file motions. Defendant filed its lengthy Motion to Dismiss on January 29, 2010. The Defendant's Motion to Dismiss argues for the dismissal of eleven causes of action, and as such, requires more time to effectively oppose it. Moreover, the lead attorney on this case has been in trial from February 1, 2010 to the present date, and therefore Plaintiff requires more time to oppose Defendant's Motion to Dismiss and reply to Defendant's Opposition to her Motion To Remand. Per the stipulation, the new date to file Plaintiff's Opposition To Defendant Wells Fargo's Motion To Dismiss will be March 1, 2010; the new date to file Defendant's Reply to Plaintiff's Opposition To

. . .

. . .

2

1 | Defendant Wells Fargo's Motion To Dismiss will be March 23, 2010; and the new date to file Plaintiff's
2 | Reply in Support of Plaintiff's Motion To Remand will be March 2, 2010.

DATED this _____ day of February, 2010          DATED this 16 day of February, 2010.

HALL JAFFE & CLAYTON, LLP                       SNELL & WILMER,, LLP

By: _____                   By: _____
MICHAEL R. HALL                                 CYNTHIA L. ALEXANDER, ESQ
Nevada Bar No. 005978                           Nevada Bar No. 6718
STEVEN T. JAFFE                                 CLAIRE Y. DOSSIER, ESQ.
Nevada Bar No. 007035                           Nevada Bar No. 10030
7455 West Washington Ave., Suite 460            CASSIE R. STRATFORD, ESQ
Las Vegas, Nevada 89128                         Nevada Bar No. 11288
*Attorney for Plaintiff*                        3883 Howard Hughes Parkway, Suite 1100
                                                Las Vegas, NV 89169
                                                *Attorney for Defendant*

### ORDER

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 18, 2010.

3